**1689 HUBBARD ET AL. vs. TOWNSHIP BOARD (Springwells), 25 M., 152.**

To compel the board to issue certain bonds for the improvement of Fort street from the western limits of the City of Detroit to the Dearborn road, the entire work being in the township of Springwells, under Act 414 of the Laws of 1871.

Denied, with costs, May 17, 1872.

**1690 PLUGGER ET AL. vs. TOWNSHIP BOARD (Overyssel), 11 M., 222.**

To compel the issue of bonds under a contract for the improvement of the harbor at the mouth of Black river, in Ottawa County, under the Act of the Legislature approved February 8, 1858.

Denied April 28, 1863, on the ground that four of the board of freeholders for the township of Holland, which was one of the four townships undertaking said work, were at the time the contract was entered into among the contractors for doing the work.